Commodity Futures Trading Commission v. Delay et al                                                                                                   Doc. 57

Order Form (01/2005)   Case: 7:05-cv-05026-RGK-CRZ   Case 1:05-cv-05619   Document #: 57   Document 58   Filed: 10/25/05   Filed Date Filed: 11/17/2005   Page 1 of 1   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5619 | **DATE** | 10/25/2005 |
| **CASE TITLE** | Commodity Futures Trading vs. Delay, et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the Court's memorandum opinion, defendant Todd Delay's motion to transfer venue to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1404(a) is granted. It is hereby ordered that this matter is hereby transferred to the United States District Court for the District of Nebraska, North Platte Division. All pending motions for leave to file briefs in excess of the 15 page limit are hereby denied without prejudice. Enter Memorandum Opinion.

■ [ For further detail see attached order.]                                                                                   Docketing to mail notices.

| | | Courtroom Deputy Initials: | maw |
|---|---|---|---|

05C5619 Commodity Futures Trading vs. Delay, et al.                                                                                                Page 1 of  1

Dockets.Justia.com