THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 7:05CV5026 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| TODD J. DELAY, JACK McCAFFERY, and JOHN D. LAWLESS, | ) ) ) ) | |
| Defendants. | ) | |

Plaintiff has filed a motion for preliminary injunction (filing 6). For purposes of scheduling,

IT IS ORDERED that, after consultation with Defendants' counsel, Plaintiff's counsel shall contact the secretary for the undersigned United States District Judge, to schedule a telephone conference call between counsel for the parties and the undersigned United States District Judge, during which the parties shall be prepared to address, among other things, whether Plaintiff's motion for preliminary injunction and the trial on the merits shall be consolidated pursuant to Fed. R. Civ. P. 65(a)(2).

November 23, 2005.           BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge