IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) | |
| Plaintiff, ) ) | 7:05cv5026 |
| v. ) ) | |
| TODD J. DELAY, JACK MCCAFFERY, and JOHN D. LAWLESS, ) ) ) | ORDER |
| Defendants. ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by December 19, 2005, file their Report of Parties' Planning Conference.

DATED December 2, 2005.

/s/ David L. Piester
United States Magistrate Judge