```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5026 |
| v. | ) ) ) | |
| TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

In light of the ruling by the Honorable Richard G. Kopf dated December 7, 2005, filing 92, setting trial of this case in Lincoln, Nebraska,

IT IS ORDERED:

The motions by defendants McCaffery and DeLay to change place of trial to North Platte, Nebraska, filings 39 and 85, are denied as moot.

DATED this 9th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge