```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5026 |
| v. | ) ) ) | |
| TODD J. DELAY, JACK MCCAFFERY, and JOHN D. LAWLESS, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon the parties' oral motion,

IT IS ORDERED:

A telephonic conference will be held before the undersigned on January 4, 2006 at 11:30 a.m. regarding the progression of this case and issues of dispute which arose during the parties' efforts to draft and file a joint Rule 26(f) planning report. Counsel for defendant Delay shall place the call.

DATED this 28th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge