IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5026 |
| v. | ) ) ) | |
| TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

The records of the court show that on November 18, 2005, (Filing Nos. 69, 73 and 74), letters were sent to Attorneys Eric E. Newman, Nicholas C. Zagotta and Jaime Perri Cole from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of February 1, 2006, the attorneys have not complied with the requests set forth in the letters from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before February 15, 2006, Attorneys Eric E. Newman, Nicholas C. Zagotta and Jaime Perri Cole are to register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 1st day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge