```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5026 |
| v. | ) ) | |
| TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Defendant McCaffery's motion that attorneys Nicholas C. Zagotta and Jaime Perri Cole be permitted to withdraw, filing 126, is granted.

2. The order to show cause entered on February 1, 2006 (filing 123) is withdrawn only as to attorneys Zagotta and Cole.

DATED this 7th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge