```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5026 |
| v. | ) ) | |
| TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Defendant Delay's motion that attorney Eric E. Newman be permitted to withdraw, filing 129, is granted.

2. The order to show cause entered on February 1, 2006 (filing 123) is withdrawn.

DATED this 8th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge