```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5026 |
| v. | ) ) ) | |
| TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion by defendant John D. Lawless to file amended answer and affirmative defenses, filing 119, is granted and the amended answer shall be filed forthwith.

DATED this 13th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge