```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

COMMODITY FUTURES TRADING      )
COMMISSION,                    )
                               )
            Plaintiff,         )         7:05CV5026
                               )
       v.                      )
                               )
TODD J. DELAY, JACK MCCAFFERY  )         ORDER
and JOHN D. LAWLESS,           )
                               )
            Defendants.        )
                               )
```

IT IS ORDERED:

The motion of Jay C. Elliott to withdraw as local counsel, filing 146, is granted effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

DATED this 1st day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge