IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

v.

TODD J. DELAY, JACK MCCAFFERY
and JOHN D. LAWLESS,

                Defendants.

CASE NO. 7:05-cv-5026- RGK-DLP

## ORDER RE MOTION REQUESTING THE COURT STRIKE
## AND SEAL PLEADING NO. 156

The Court, having received and reviewed counsel's Motion for an Order striking Document No. 156, Defendant McCaffery's un-redacted Witness List, and being duly apprised in the premises of the same, hereby orders that the un-redacted version, Document No. 156, is stricken and further orders that Document No. 156 shall hereinafter be sealed pursuant to the E-Government Act.

DATED this 10th day of March, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge