IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 7:05CV5026 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| TODD J. DELAY, JACK MCCAFFERY, and JOHN D. LAWLESS, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court upon the motion of defendants McCaffery and Lawless for an extension of time to file their briefs in opposition to plaintiffs' Motion for Partial Summary Judgment on Defendants McCaffery's and Lawless's Affirmative Defense of Equitable Estoppel (the "Partial Summary Judgment Motion," filing 154). The moving defendants represent that the plaintiff's counsel has no objection to an extension until April 3, 2006. Upon consideration, I find that the extension should be granted.

Accordingly,

IT IS ORDERED:

1. The motion in filing 168 is granted, and defendants McCaffery and Lawless are granted an extension of time from March 28, 2006 to April 3, 2006 to submit their responses in opposition to the Partial Summary Judgment Motion;

2. The plaintiff shall have five days from the receipt of the responses of McCaffery and Lawless to reply to those responses; and

3. The Clerk shall make appropriate adjustments to the Court's computer-assisted record keeping system to reflect the new ready to rule date.

March 21, 2006.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge