IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>      Plaintiff,<br>v.<br><br>TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS,<br>      Defendants. | CASE NO. 7:05-cv-5026- RGK-DLP<br><br><br><br>ORDER |

IT IS ORDERED:

1. The Unopposed Motions for Extension of Time to File Motions *in Limine*, including *Daubert* motions, filings 204 and 205, are granted, and the deadline for defendants McCaffery and Lawless to file such motions is extended to April 13, 2006.

2. Defendant Delay's Motion for Leave to file a Supplemental Reply in support of his motion to exclude expert testimony, filing 203, is granted, and this defendant's supplemental reply shall be filed on or before April 13, 2006.

DATED this 7th day of April, 2006.

                  s/ *David L. Piester*
                   David L. Piester