IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 7:05CV5026 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS, | ) ) ) | |
| Defendants. | ) ) ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 218) is granted, as follows:

Plaintiff shall have until April 14, 2006, to file a reply brief in support of its motion for partial summary judgment (filing 154).

April 10, 2006.                     BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge