THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 7:05CV5026 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| TODD J. DELAY and JACK McCAFFERY, | ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motion to dismiss (filing 293, as amended by filing 295) is granted, and, accordingly, Plaintiff's action against the defendant Jack McCaffery is dismissed without prejudice.

April 25, 2006.       BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge