THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 7:05CV5026 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| TODD J. DELAY, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion to extend the briefing schedule (filing 343) is granted, and, accordingly, that the briefing schedule established by the court's memorandum and order entered on May 11, 2006 (filing 334), is modified, as follows:

1. The deadline for filing opening briefs is extended from July 14, 2006, to August 4, 2006.

2. The deadline for filing reply briefs is extended from August 4, 2006, to September 18, 2006.

3. The ripe date is extended from August 5, 2006, to September 19, 2006.

4. In all other respects, the court's memorandum and order (filing 334) is unchanged and shall remain in full force and effect.

July 10, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge