IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | CASE NO: 7:05CV5026 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| TODD J. DELAY, JACK McCAFFERY and JOHN D. LAWLESS, | ) ) ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s): Plaintiff's Exhibits (See Exhibit List attached)

Defendants' Exhibits (See Exhibit List attached)

Hearing type(s): Nonjury trial

Date of hearing(s): 5/1/06 through 5/4/06 and 5/8/06 through 5/11/06

If parties fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

May 2, 2007.

s/ *Richard G. Kopf*
United States District Judge

THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAY 11 PM 1: 11

OFFICE OF THE CLERK

Commodity Futures Trading
Commission,

          Plaintiff,

    v.

Todd J. Delay, Jack McCaffery and
John D. Lawless,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

LIST OF EXHIBITS

Case No. 7:05-cv-5026-RGK-DLP
Courtroom Deputy: Colleen Beran
Court Reporter: Digital

Trial Date(s): Monday, May 1, 2006

| EXHIBIT NO. | | | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | 2006 DATE |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | | | | | | |
| 1 | | | Purpose of Market News (USDA-0003) | ✓ | | ✓ | | 5-02 |
| 2 | | | Livestock & Grain Market News ("LGMN") Instruction #102-2: Organization (USDA-0007) | ✓ | | ✓ | | 5-02 |
| 6 | | | LGMN Instruction #933-1: Preparation of Reports (USDA-0030) | ✓ | | ✓ | | 5-02 |
| 11 | | | 05/20/04 Memo to File From Hugh Rooney Re: Interview of Dennis Widga | | 802, 602 | | | |
| 23 | | | 10/31/03 USDA-HY Market News Direct Feeder Cattle Price Summary For Week Ending 10/31/03 (5pgs) | ✓ | | ✓ | | 5-02 |
| 24 | | | 05/20/04 & 07/22/04 Memo to File From H. Rooney Re: Interview of D. Widga (2pgs) | ✓ | | ✓ | | 5-02 |

| EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 29 | | | GAO Report Dated 2005: Livestock Market Reporting-USDA Has Taken Some Steps to Ensure Quality (52 pages) | ✔ | | ✔ | | 5-02 |
| 31 | | | Duane Schambach Interview of D. Widga 10/29/2003 | | 802, 602 | | | |
| 32 | | | D. Schambach Interview of T. Tippens 11/07/2003 | | 802, 602 | | | |
| 35 | | | Interview of Delay dated 11/24/2003 | | 802, 607, 613 | | | |
| 36 | | | Schambach Interview of Swords dated 11/10/03 | | 802, 602 | | | |
| 37 | | | Interview of McCaffery dated 12/11/2003 | | 802, 607, 613 | | | |
| 38 | | | Documents Reviewed by Schambach Prior To Deposition | | 402 | | | |
| 39 | | | Documents Reviewed by Kass Prior To Deposition | | 402 | | | |
| 40 | | | McCaffery Fax DMO 00176-00177 | ✔ | | ✔ | | 5-02 |
| 40A | | | DMO 00176-178; 00094-95; 00130, 00132-00134 | ✔ | | ✔ | | 5-02 |
| 41 | | | Email From Rooney to Sandy | | 802, 602, 701 | | | |
| 42 | | | McCaffery Letter (Bates KMZ 0001) | ✔ | | ✔ | | 5-02 |
| 43 | | | Letter From Schulman to Rooney Dated May 17, 2005 | | 802, 602, 701, 901(a) | | | |
| 44 | | | Letter From Schulman to Rooney Dated May 18, 2005 | | 802, 602, 701, 901(a) | | | |
| 45 | | | Audit Report | ✔ | | ✔ | | 5-02 |
| 46 | | | Email Terrell/Cook | | 802, 602, 701, 402 | | | |
| 49 | | | Cook Spreadsheet | | 802, 602, 701, 402 | | | |
| 50 | | | Letter From Rooney To Sandy | | 802, 602, 701, 402 | | | |
| 56 | | | Email From Cook To Rooney | | 802, 602, 701, 402 | | | |
| 63 | | | Spreadsheets | | 802, 602, 701, 901(a) | | | |
| 64 | | | USDA Cattle Report | ✔ | | ✔ | | 5-02 |
| 69 | | | Rooney Cook Email Traffic | | 802, 602, 402, 701 | | | |
| 70 | | | Imperial Beef Close-outs | ✔ | | ✔ | | 5-02 |
| 71 | | | Imperial Beef Bill of Sale | ✔ | | ✔ | | 5-02 |
| 73 | | | Rosenthal Collins Group, LLC | | 602, 901(a) | | | |

| | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| | | | Booklet B-Information and Agreements for Gary Gabriel Account# 516-65123 dated June 16, 2003 | | | • | | |
| 74 | | | Rosenthal Collins Group, LLC Booklet B-Information and Agreements for G. Gabriel Account # 516-65021 dated March 15, 2002 | ✓ | | ✓ | | 5-02 |

3

| EXHIBIT NO. | | | | | | | | *2006* |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 76 | | | 11/25/03 Imperial Beef Bill of Sale to G. Gabriel with a Handwritten Note "Closed 2/12/04" in Top Right Corner. Includes a photocopy of G. Gabriel check dated 02/20/04 at bottom of document | ✓ | | ✓ | | 5-02 |
| 77 | | | NPF Settlement for Financed Cattle to G. Gabriel with a $3,318.64 credit | ✓ | | ✓ | | 5-02 |
| 79 | | | 11/25/03 Imperial Beef Bill of Sale to G. Gabriel for 140 Steers in Lot 2007 | | 802, 607-613, Rule 32(a) | | | |
| 80 | | | 11/25/03 Imperial Beef Bill of Sale to G. Gabriel for 659 Steers in Lot 2022BB | ✓ | | ✓ | | 5-02 |
| 81 | | | RCG Booklet B-Information and Agreements for Ron Beery, Account # 516-65004 dated 05/13/02 (16 pgs) | ✓ | 602, 901(a) | ✓ | | 5-11 |
| 82 | | | RCG Booklet B-Information and Agreements for R. Beery, Hedge Account # 516-65135 dated 07/28/03 (12 pgs) | ✓ | 602, 901(a) | ✓ | | 5-11 |
| 83 | | | Monthly Commodity Statement dated 10/30/03 (3 pgs) | ✓ | | ✓ | | 5-02 |
| 84 | | | 08/14/03 Letter from T. Delay to S. Montgomery of RCG Re: Revocate Power of Attorney for specific accounts (2 pgs) | | | | | |
| 85 | | | NPF Settlement For Financed Cattle to R. Beery with a $946.88 credit. Includes a handwritten note "rec'd 02/21/04 $946.88" on top right corner of document | | | | | |
| 86 | | | NPF Promissory Note Dated 08/15/03 to R. Beery for Steers in Various Lots (4 pgs) | | | | | |
| 87 | | | NPF 10/15/03 Statement of Account to R. Beery; NPF 10/31/03 Statement of Account to R. Beery (8 pgs) | | | | | |
| 88 | | | NPF 11/15/03 Statement of Account to R. Beery; | ✓ | | ✓ | | ✓ |

4

| | | | NPF 11/30/03 Statement of Account to R. Beery (6 pgs) | ✓ | | ✓ | | 5-02 |
|---|---|---|---|---|---|---|---|---|

| EXHIBIT NO. PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RC VD | NOT RCVD | 2006 DATE |
|---|---|---|---|---|---|---|---|---|
| 89 | | | NPF 12/15/03 Statement of Account to R. Beery; NPF 12/31/03 Statement of Account to R. Beery ( 3 pgs.) | ✓ | | ✓ | | 5-02 |
| 91 | | | Subpoena Ad Testificandum to S. Stump | | 402 | | | |
| 92 | | | "516-CTTOD" G.Gabriel's 10/1403 Fill Block Order | ✓ | 402, 901(a) | ✓ | | 5-02 |
| 94 | | | RCG's Compliance Handbook | ✓ | | ✓ | | 5-02 |
| 96 | | | RCG Spreadsheet Created for the CFTC "A Feeder Cattle Positions For the 94 Accounts CME Believes Should Have Been Accumulated in 10/03" | ✓ | 802, 602, 901(a) | ✓ | | 5-02 |
| 98 | | | RCG Booklet B-Information And Agreements For Stepen Nelson | ✓ | 602, 901(a) | ✓ | | 5-11 |
| 99 | | | S. Nelson's Monthly Commodity Statements for 10/31/03 | ✓ | | ✓ | | 5-02 |
| 100 | | | 09/21/04 Investigative Testimony of Jack Lawless & Responses to CFTC Subpoena | | 802, 607-613, Rule 32(a) | | | |
| 101 | | | 10/31/03 Imperial Beef Lot Invoice for Lot 2007 to G. Gabriel | ✓ | | ✓ | | 5-02 |
| 102 | | | 02/29/04 Imperial Beef Lot Invoice for Lot 2007 to G. Gabriel | | | | | |
| 104 | | | 03/27/04 NPF Invoice in the amount of $2,823.25 for Difference in Gain Guarantee to Riverside Feeders | | | | | |
| 105 | | | 11/24/03 Letter From the CFTC to Jack McCaffery Re: 10/03 Feeder Cattle Futures Contracts | | | | | |
| 106 | | | Spreadsheet Created by NPF Entitled "Report Of Cattle Transactions- Month Of October-North Platte Feeders" | | | | | |
| 107 | | | 12/29/03 Letter From NPF to the CFTC Re: CFTC Questions about Three Feeder Cattle Transactions Reported to the USDA | | | | | |
| 108 | | | 07/26/04 NPF Reply to a CFTC Subpoena Duces Tecum Re: 789 Steers | ✓ | | ✓ | | ✓ |

| EXHIBIT NO. PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | 2006 DATE |
|---|---|---|---|---|---|---|---|---|
| 109 | | | 10/30/03 NPF Invoice to R. Beery Re: Requesting Payment Of $188.67 for Lot 543 | ✓ | | ✓ | | 5-02 |
| 110 | | | 08/15/03 NPF Promissory Note to R. Beery for the Purchase of Steers from Various Lots | | | | | |
| 111 | | | NPF Settlement Invoice for Financed Cattle in Lot 543A for Matt Neil with a credit of $39,648.28. Also includes Betty Kleidotsky's Handwriting on top left corner | | | | | |
| 112 | | | NPF Response to a CFTC Subpoena Re: Sale of Steers at Price Of $112.10 To $113.15 in Lots 580, 581, 582, 583, 586, 606A, 608A & 609A | | | | | |
| 113 | | | NPF Livestock Purchase Invoice For 10/21/03 Sale Date | | | | | |
| 114 | | | 10/31/03 NPF Invoice to T. Delay Re: Feeder Charges for Newly Purchased Cattle in Lot 580 | | | | | |
| 115 | | | 10/16/03 NPF Invoice to T. Delay Re: Feeder Charges for Newly Purchased Cattle in Lot 580 | | | | | |
| 116 | | | 11/05/03 NPF Invoice to T. Delay Re: Feeder Charges and Future Positions for Newly Purchased Cattle in Lot 580 | | | | | |
| 117 | | | 7/26/04 NPF Response to a CFTC Subpoena Duces Tecum Re: 606 Steers not Purchased By NPF for Poor Health | | | | | |
| 118 | | | 10/21/03 NPF Promissory Note to M. Neil for the Purchase of Steers from Several Lots | | | | | |
| 119 | | | NPF Settlement for Financed Cattle in Lot 543A to M. Neil with a $39,648.28 Credit; also includes B. Kleidotsky's Handwriting on top left corner, Second Page Contains Copy of M. Neil Check for $99,600to NPF Dated 02/01/04 | | | | | |
| 120 | | | 11/25/03 Imperial Beef Bill of Sale to G. Gabriel with the phrase "Closed | ✓ | | ✓ | | ✓ |

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2/12/04" Handwritten in Top Right Corner. Also includes a copy of G. Gabriel Check at bottom of document | ✔ | | ✔ | | *2006* |
| 121 | | | 02/12/04 Imperial Beef Close-Out Report on G. Gabriel for Lot 2022A | ✔ | | ✔ | | *5-02* |
| 126 | | | NPF Settlement for Financed Cattle in Lot 543 to R. Beery with a $946.88 credit. Photocopies of checks written to NPF on second page of document. | | | | | |
| 127 | | | NPF Lot 606A Hard Card for Lloyd Neil & Son | | | | | |
| 128 | | | NPF Lot 580A Hard Card For T. Delay, L. Neil, S-K Consulting and S. Nelson | | | | | |
| 129 | | | 2/18/03 Letter From CFTC to J. McCaffery Requesting Additional Information on Three Transactions Reported to the USDA | | | | | |
| 130 | | | Undated Letter from J.Lawless to H. Rooney Re: Feeder Cattle Purchases and Sales Involving T. Delay | | | | | |
| 131 | | | Imperial Beef Promissory Note to S. Johnson for 49.25 Steers in Lot 2007 (4 pages) | | | | | |
| 132 | | | 09/27/03 Imperial Beef Bill of Sale to S. Johnson for Steers in Lots 2007 & 2022 with handwritten notes. Includes photocopy of S. Johnson check dated 10/20/03 to Imperial Beef for equity | | | | | |
| 133 | | | Imperial Beef Close-Out Report for Lot 2007 to S. Johnson | | | | | |
| 134 | | | 09/27/03 Imperial Beef Bill of Sale to Blanton Farms Partnership. Includes photocopy of Blanton check dated 10/29/03 to Imperial Beef for equity. | | | | | |
| 135 | | | Imperial Beef Promissory Note to G. Gabriel for 739 Steers in Lot 2022AA (3 pages) | ✔ | | ✔ | | ✔ |

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RC VD | NOT RCVD | 2006 DATE |
| 300 | | | USDA Report LS765 Dated October 24, 2003 (DMO 0004) | ✓ | | ✓ | | 5-02 |
| 301 | | | T. Delay Fax to CFTC (11/12/03) (DMO 00048) | ✓ | | ✓ | | 5-02 |
| 302 | | | T. Delay Fax to CFTC (11/17/03) (DMO 00051) | ✓ | | ✓ | | 5-02 |
| 303 | | | J. McCaffery Fax to CFTC (12/15/03) (DMO 00095) | ✓ | | ✓ | | 5-02 |
| 304 | | | J. McCaffery Letter to CFTC 12/29/03 (DMO 00130) | ✓ | | ✓ | | 5-01 |
| 305 | | | W. Kokontis Letter to J.McCaffery Dated 11/24/03 (DMO 00131) | ✓ | | ✓ | | 5-02 |
| 306 | | | NPF Inventory Faxed to CFTC 12/8/03 (DMO 000132-134) | ✓ | | ✓ | | 5-01 |
| 307 | | | J. McCaffery Fax to W. Kokontis 12/15/03 (DMO 00135-136) | ✓ | | ✓ | | 5-01 |
| 308 | | | CME Rulebook Chapter 102 (Feeder Cattle) & Rule 536 | ✓ | | ✓ | | 5-02 |
| 309 | | | Chicago Mercantile Exchange Notice of Disciplinary Action (3/15/06) | | 402, 403, 802, 607-613 | | | |
| 310A | | | Chicago Mercantile Exchange Report (006-2046 to 006-2323) | | 402, 403, 802, 607, 613 | | | |
| 310B | | | Chicago Mercantile Exchange Report (006-2046 to 006-2323) pgs 149-214 240 pgs 256, 257, 262-264 | ✓ | 402, 403, 802, 607, 613 | ✓ | | 5-04 |
| 311 | | | Rosenthal-Collins Revoked POA 2003 (101-00002 to 101-00004) | | 901(a) | | | |
| 314 | | | NPF Letter To D. Terrell Dated June 8, 2004 (2 pages) | ✓ | | ✓ | | 5-02 |
| 315 | | | NPF Lot Info (NPF Ex. 1) | | | | | |
| 316 | | | NPF Lot Info (NPF Ex. 2) | | | | | |
| 317 | | | Lot 543 Settlements etc. (NPF Ex. 13) | | | | | |
| 318 | | | Lot 550 Settlements etc. (NPF Ex. 4) | | | | | |
| 319 | | | Lot 561 Settlements (NPF Ex. 5) | ✓ | | ✓ | | ✓ |

| EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 321 | | | Lot 576 Settlements (NPF Ex. 7) | ✓ | | ✓ | | 5-02 |
| 322 | | | Promissory Notes for Lots 543, 550, 561, 562, 576 (NPF Ex. 8) | | | | | |
| 323 | | | NO EXHIBIT | | | | | |
| 324 | | | Promissory Notes and other Documentation for Lots 580, 581, 582, 583, 584, 585, 586 (NPF Ex. 11) | | | | | |
| 325 | | | Promissory Notes and other Documentation for Lots 580, 581, 582, 583, 584, 585, 586 (NPF Ex. 12) | | | | | |
| 326 | | | Promissory Notes and other Documentation for Lots 580, 581, 582, 583, 584, 585, 586 (NPF Ex. 13) | | | | | |
| 327 | | | Promissory Notes and other Documentation for Lots 580, 581, 582, 583, 584, 585, 586 (NPF Ex. 14) | | | | | |
| 330 | | | NPF Letter Health Conditions (NPF Ex. A (722B-002)) | | | | | |
| 331 | | | NPF Letter & Weight Tickets (NPF Ex. B (722B-0003 to 0004)) | | | | | |
| 332 | | | NPF Purchase Invoices NPF Ex. C (722B-005 to 009)) | | | | | |
| 333 | | | NPF Livestock Purchase Invoices, Close-Outs & Settlements (NPF. Ex. E (722B-0013 to 0177)) | | | | | |
| 334 | | | NO EXHIBIT | | | | | |
| 335 | | | NPF Letter on Reporting (NPF Ex. G (722B-0202) | | | | | |
| 336 | | | NPF Letter on Reporting (NPF Ex. H (722B-0203) | | | | | |
| 337 | | | NO EXHIBIT | | | | | |
| 338 | | | NPF Letter Re: Lack of Vet Records for Sick Cattle (NPF Ex. K (722B-0208)) | | | | | |
| 339 | | | M. Neil Promissory Note | | | | | |
| 340 | | | M. Neil Check for $99,600 Dated 02/09/04 | | | | | |
| 341 | | | February 2004 NPF Bank Statement | ✓ | | ✓ | | ✓ |

| EXHIBIT NO. | | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 343 | | | NPF Check to M. Neil | ✓ | | ✓ | | |
| 344 | | | NPF Check to M. Neil | | | | | 5-02 |
| 345 | | | NPF Check to M. Neil | | | | | |
| 346 | | | NPF Check to M. Neil | | | | | |
| 347 | | | NPF Lot 580 Invoices | | | | | |
| 348 | | | NPF Lot 581 Invoices | | | | | |
| 349 | | | NPF Lot 582 Invoices | | | | | |
| 350 | | | NPF Lot 583 Invoices | | | | | |
| 351 | | | NPF Lot 584 Invoices | | | | | |
| 352 | | | NPF Lot 585 Invoices | | | | | |
| 353 | | | NPF Lot 586 Invoices | | | | | |
| 357 | | | 03/0705 Letter from J. McCaffery to D. Terrell Re: Clerical Error | | | | | |
| 359 | | | NPF Lot 580 Hard Card (NPF 6724) | | | | | |
| 360 | | | NPF Lot 581 Hard Card (NPF 7092) | | | | | |
| 361 | | | NPF Lot 582 Hard Card (NPF 7370) | | | | | |
| 362 | | | NPF Lot 585 Hard Card (NPF 8080) | | | | | |
| 363 | | | NPF Lot 586 Hard Card (NPF 8359) | | | | | |
| 364 | | | 09/22/03 T. Delay Newsletter (TC 000232) | | | | | |
| 366 | | | Imperial Beef Checks, Close-Outs, Settlements & Bills of Sale (710-0003 to 0183) | | | | | |
| 367 | | | 08/03/04 Letter from J. Lawless to H. Rooney (710B-0001) | | | | | |
| 368 | | | Imperial Beef Close-Outs, Bills of Sales, Promissory Notes for G. Gabriel (710B-0002 to 0023) | | | | | |
| 373 | | | R. Beery Settlement for Financed Cattle Lot 543 (701-0013) | | | | | |
| 374 | | | R. Beery Close-Out Report on Lot 435 (701-0014 to 0016) | | | | | |
| 375 | | | R. Beery Accounts Receivable Aging List (701-0017) | | | | | |
| 376 | | | R. Beery Lot 543 Invoice Dated 10/21/03 (701-0018) | ✓ | | ✓ | | ✓ |

11

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | *2006* DATE |
| 378 | | | R. Beery Close-Out Report on Lot 550 (701-0020 to 0022) | ✓ | | ✓ | | *5-02* |
| 379 | | | R. Beery Accounts Receivable Aging List (701-0024) | | | | | |
| 380 | | | R. Beery Lot 550 Invoice Dated 10/21/03 (701-0023) | | | | | |
| 381 | | | R. Beery Settlement for Financed Cattle on Lot 561 (701-0025) | | | | | |
| 382 | | | R. Beery Lot Close-Out Report for Lot 561 (701-0026 to 0028) | | | | | |
| 384 | | | R. Beery Settlement for Financed Cattle on Lot 562 (701-0030) | | | | | |
| 385 | | | R. Beery Close-Out Report on Lot 562 (701-0031 to 0033) | | | | | |
| 386 | | | R. Beery Lot 562 Close-Out Dated 10/21/03 (701-0034) | | | | | |
| 387 | | | R. Beery Account Receivable Aging List (701-0035) | | | | | |
| 388 | | | R. Beery Settlement for Financed Cattle on Lot 576 (701-0036) | | | | | |
| 389 | | | R. Beery Lot 576 Close-Out Report (701-0037 to 0039) | | | | | |
| 390 | | | R. Beery Invoice on Lot 576 Dated 10/21/03 (701-701-0040) | | | | | |
| 391 | | | R. Beery Futures Adjustments (701-0041 to 0042) | ✓ | | ✓ | | ✓ |
| 392 | | | Cattle Sales (701-0043) | | 402, 802, 901(a) | | | |

12

| EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 394 | | | R. Beery Statement of Account Dated 10/15/03 (701-0045 to 0047) | ✓ | | ✓ | | 5-02 |
| 395 | | | R. Beery Statement of Account Dated 11/30/03 (701-0035 to 0037) | ✓ | | ✓ | | 5-02 |
| 396 | | | M. Neil Handwritten Note (719-0003) | | 802, 901(a) | | | |
| 397 | | | M. Neil Notes & Records (719-0009 to 0017) | | 802, 901(a) | | | |
| 398 | | | M. Neil Notes & Records (719-0018 to 0023) | | 802, 901(a) | | | |
| 399 | | | Neil Cattle Co. Inventory (719-0046) | ✓ | | ✓ | | 5-02 |
| 400 | | | M. Neil Notes & Records (719-0049 to 0065) | ✓ | | ✓ | | 5-02 |
| 402 | | | Graph of Price Shocks | | 802, 602, 901(a), 701, 702 | | | |
| 404 | | | Graph of T. Delay Effects | | 802, 602, 901(a), 701, 702 | | | |
| 406 | | | Feeder Cattle Positions (CME Report p. 262-264) | | 802, 602, 901(a) | | | |
| 407 | | | Feeder Cattle Accumulated Positions (CME Report p. 265-267) | | 802, 602, 901(a) | | | |
| 412 | | | T. Delay's Hedge Exemption Request (CME Report p. 103-133) | ✓ | | ✓ | | 5-02 |
| 413 | | | Investor Line Borrowing (NPF 10691 to 10697) | ✓ | | ✓ | | 5-02 |
| 414 | | | Investor Line Reconciliation (NPF 10920) | | 802 | | | |
| 415 | | | NPF Hedging (NPF 10944) | | 802 | | | |
| 417 | | | NPF Response Dated 02/07/06 to CFTC Subpoena | ✓ | | ✓ | | 5-02 |
| 418 | | | T. Delay Declaration Dated 03/22/05 | | 802, 607-613 | | | |
| 419 | | | J. McCaffery Declaration Dated 03/10/05 | | 802, 607-613 | | | |

Plaintiff reserves the right to supplement and amend this Exhibit list as to any exhibit listed by another party, as to any exhibit needed for impeachment and as to any exhibit needed for rebuttal.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COMMODITY FUTURES TRADING
COMMISSION,

            Plaintiff,

      v.

TODD J. DELAY, et al.

          Defendants.

:
:
:
:
:
:
:
:
:
:
:

Case No. 7:05cv5026
Hon. Judge Richard G. Kopf
Mag. Judge David L. Piester
Courtroom Deputy: Colleen Beran

**DEFENDANT TODD J. DELAY'S
LIST OF EXHIBITS**

| TRIAL EXHIBIT NO. | | | | | | | | 2006 |
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | USDA Purpose of Market News (USDA-0003) | ✓ | | ✓ | 5-02 |
| 2 | | | | USDA Org. of Market News Branch (USDA-0007 — 0009) | | | | |
| 4 | | | | USDA Retention of Records and Reports (USDA-0017) | | | | |
| 6 | | | | USDA Prep. Of Reports (USDA-0030 — 0032) | | | | |
| 7 | | | | USDA Accuracy of Information (USDA-0034) | | | | |
| 9 | | | | USDA Prep. Of Reports (USDA-0049) | | | | |
| 10 | | | | USDA Standardized Weighted Average (USDA-0052) | | | | |
| 12 | | | | USDA Statistical Reports (USDA-0053 — 0055) | | | | |
| 13 | | | | USDA Ex. C: Direct Feeder Cattle Report (USDA-0059) | | | | |
| 14 | | | | August 9, 2004 McFall email | | | | |
| 15 | | | | August 26, 2004 McFall email | | | | |
| 17 | | | | October 24, 2003 USDA Direct Feeder Cattle Report | | | | |
| 19 | | | | October 22, 2003 USDA Platte Valley Auction Report | | | | |
| 20 | | | | October 22, 2003 USDA Bassett Livestock Auction | | | | |
| 21 | | | | November 21, 2003 NASS Cattle on Feed | | | | |
| 22 | | | | October 24, 2003 USDA National Feeder & Stocker Cattle Summary | | | | |
| 23 | | | | October 31, 2003 Direct Feeder Cattle Summary | ✓ | | ✓ | ✓ |

| TRIAL EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | DATE |
| 25 | | | | November 6, 2003 Miles email | ✓ | | ✓ | 5-2 |
| 26 | | | | USDA Preparation of Reports (USDA0049 – 59) | | | | |
| 28 | | | | USDA National Feeder and Stocker Cattle Summary October 2003 | | | | |
| 38 | | | | NPF Report on Cattle Transactions | | | | |
| 39A | | | | October 24, 2003 Direct Feeder Cattle Summary | | | | |
| 45 | | | | September 29, 2003 Audit Report (RCG-00119 – 124) | | | | |
| 46 | | | | August .15, 2005 Terrell email | | | | |
| 49 | | | | Minimum Impact Chart | | | | |
| 50 | | | | July 26, 2004 Rooney email | | | | |
| 58 | | | | April 28, 2005 Rooney email | | | | |
| 68 | | | | CME Index and Breakdowns | | | | |
| 70 | | | | October 21, 2003 Imperial Beef Closeout Report (JDL0073 – 0078) | | | | |
| 71 | | | | November 25, 2003 Bill of Sale (JDLO149) | | | | |
| 75 | | | | October 21, 2003 Imperial Beef/Gabriel Promissory Note (710B-007 – 009) | | | | |
| 76 | | | | November 26, 2003 Imperial Beef/Gabriel Bill of Sale (710B-0006) . | | | | |
| 77 | | | | October 21, 2003 Settlement for Financed Cattle Imperial Beef/Gabriel (723-0006) | | | | |
| 79 | | | | November 25, 2003 Imperial Beef/Gabriel Bill of Sale (710B-0002) | | | | |
| 80 | | | | November 25, 2003 Imperial Beef/Gabriel Bill of Sale (JDL00153) | | | | |
| 84 | | | | August 14, 2003 Delay letter (006-01570 -1571) | | | | |
| 85 | | | | October 21, 2003 NPF/Beery Settlement for Financed Cattle (701-0013) | | | | |
| 86 | | | | August 15, 2003 NPF/Beery Promissory Note( NPF522 – 525) | | | | |
| 87 | | | | October 15, 2003 NPF Statement of Account for Beery | ✓ | | ✓ | ✓ |

2

| TRIAL EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | DATE |
| 88 | | | | November 15, 2003 NPF Statement of Account for Beery | ✓ | | ✓ | 5-02 |
| 89 | | | | December 15, 2003 NPF Statement of Account for Beery | | | | |
| 92 | | | | Gabriel Order #366 Receipt | | | | |
| 94 | | | | RCG Compliance Handbook (006-2109 – 006-2150) | | | | |
| 95 | | | | Discretionary Account Listing | | | | |
| 96 | | | | Feeder Cattle Positions for 94 Accounts CME believes should have been accumulated in October 2003 | | | | |
| 101 | | | | October 31, 2003 Imperial Beef/Gabriel Lot Invoice (JDL0277) | | | | |
| 102 | | | | February 29, 2004 Imperial Beef/Gabriel Lot Invoice (JDL0273) | | | | |
| 103 | | | | Pearson Records | | | | |
| 104 | | | | March 27, 2004 NPF/Riverside Invoice (NP F10682) | | | | |
| 106 | | | | December 8, 2003 McCaffery fax | | | | |
| 107 | | | | December 29, 2001 McCaffery letter (DMO 00130) | | | | |
| 108 | | | | July 26, 2004 McCaffery letter re transaction C | | | | |
| 109 | | | | October 31, 2003 NPF/Beery Invoice (701-0134) | | | | |
| 110 | | | | August 15, 2003 NPF/Beery Promissory Note (NPF522 – 525) | | | | |
| 111 | | | | October 21, 2003 Matt Neil Settlement for Financed Cattle | | | | |
| 112 | | | | July 26, 2004 McCaffery letter re transaction D | | | | |
| 113 | | | | October 21, 2003 Livestock purchase invoice | | | | |
| 114 | | | | October 31, 2003 NPF Invoice to Todd Delay | | | | |
| 115 | | | | October 16, 2003 NPF Invoice to Todd Delay | | | | |
| 116 | | | | November 15, 2003 Invoice to Todd Delay | | | | |
| 118 | | | | October21, 2003 Promissory Note Matt Neil | | | | |
| 119 | | | | October 21, 2003 Settlement for Financed Cattle Matt Neil | ✓ | | ✓ | ✓ |

3

**TRIAL EXHIBIT NO.**

| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | 2006 DATE |
|---|---|---|---|---|---|---|---|---|
| 120 | | | | November 25, 2003 Imperial Beef/Gabriel Bill of Sale (710B-0006) | ✓ | | ✓ | 5-02 |
| 121 | | | | Imperial Beef/Gabriel Lot Closeout Report (710B-0013 – 14; 710B-0011) | | | | |
| 122 | | | | August 14, 2003 Delay letter | | | | |
| 123 | | | | 2004 CME Rulebook Chapter 102 | | | | |
| 125 | | | | CME Rulebook Chapter 102 | | | | |
| 127 | | | | Lot 606A Lot Card | | | | |
| 128 | | | | Various Lot Cards | | | | |
| 154 | | | | Deposition Exhibit 154 | | | | |
| 164 | | | | Deposition Exhibit 164 | | | | |
| Delay 11 | | 1001 | | October 21, 2003 Lot Closeout Report | ✓ | | ✓ | ✓ |
| Delay 12 | | 1002 | | October 21, 2003 Livestock Purchase Invoice Matt Neil (722B-0013 - 18) | | HFO | | |
| Delay 13 | | 1003 | | November 25, 2003 Imperial Beef Gary Gabriel documents (710B-0006 – 11) | ✓ | | ✓ | 5-02 |
| Lawless 7 | | 1004 | | Lawless Letter to Rooney (710-0002) | ✓ | | ✓ | 5-02 |
| Lawless 8 | | 1005 | | June 14, 2004 Imperial Beef Lot Closeout Report (710-0025) | ✓ | | ✓ | 5-02 |
| Lawless 9 | | 1006 | | September 27, 2003 Imperial Beef/Johnson Bill of Sale, Promissory Notes | | HFO | | |
| Lawless 10 | | 1007 | | October 21, 2003 Imperial Beef/Gabriel Promissory Note Lot 2022AA (710B-0007 – 0010) | ✓ | | ✓ | 5-02 |
| Lawless 11 | | 1008 | | October 21, 2003 Imperial Beef/Gabriel Promissory Note Lot 2022BB (710B-0017 – 0020) | | | | |
| Lawless 12 | | 1009 | | November 25, 2003 Imperial Beef/Gabriel Bill of Sale (710B-0002) | | | | |
| Lawless 13 | | 1010 | | November 25, 2003 Imperial Beef/Gabriel Bill of Sale (710B-0006) | | | | |
| McCaff 5 | | 1011 | | August 15, 2003 NPF/Gabriel Promissory Note (722-0189 – 0192) | | | | |
| McCaff 6 | | 1012 | | September 17, 2003 NPF/Gabriel Settlement for Financed Cattle (722-0027) | ✓ | | ✓ | ✓ |

4

| TRIAL EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | DATE |
| McCaff 7 | | 1013 | | October 21, 2003 NPF Lot Closeout Report (722-0029 – 0031) | ✔ | | ✔ | 5-02 |
| McCaff 8 | | 1014 | | October 21, 2003 NPF/Neil Livestock Purchase Invoice | ✔ | | ✔ | 5-02 |
| McCaff 9 | | 1015 | | October 21, 2003 NPF/Neil Settlement for Financed Cattle | | HFO | | |
| McCaff 10 | | 1016 | | January 27, 2004 check to Gabriel Sale Proceeds Lot 543 (723-0005) | ✔ | | ✔ | 5-02 |
| McCaff 11 | | 1017 | | September 30, 2003 NPF/S-K Consulting Promissory Note and Security Agreement (726-00004 – 00006) | | | | |
| McCaff 12 | | 1018 | | July 26, 2004 McCaffery letter re transaction D | | | | |
| McCaff 13 | | 1019 | | October 21, 2003 NPF Livestock Purchase Invoice – Transaction D | | | | |
| McCaff 14 | | 1020 | | September 30, 2003 NPF/Delay Settlement for Financed Cattle | | | | |
| McCaff 15 | | 1021 | | July 26, 2004 McCaffery letter re cattle not received | | | | |
| McCaff 16 | | 1022 | | December 8, 2003 McCaffery fax re October 2003 cattle transactions | | | | |
| McCaff 17 | | 1023 | | December 29, 2003 McCaffery letter re reported transactions (DMO 00130) | | | | |
| McCaff 18 | | 1024 | | July 26, 2004 McCaffery letter | | | | |
| McCaff 19 | | 1025 | | November 3, 2003 NPF ship tickets | | | | |
| Holcomb 2 | | 1026 | | October 2003 NPF Lot 543, 543A information | | | | |
| Holcomb 3 | | 1027 | | October 2003 NPF Lot 550, 550A information | | | | |
| Holcomb 4 | | 1028 | | October 2003 NPF Lot 561, 561A Lot information | | | | |
| Holcomb 5 | | 1029 | | October 2003 NPF Lot 562, 562A Lot information | | | | |
| Holcomb 6 | | 1030 | | October 2003 NPF Lot 576, 576A Lot information | ✔ | | ✔ | ✔ |
| Neil #1 3 | | 1031 | | October 2003 Neil Cattle/Imperial Beef transaction data | | HFO | | |
| Neil #1 4 | | 1032 | | October 2003 Neil Cattle/Imperial Beef Lot 723 transaction data | ✔ | HFO w\d | ✔ | 5-03 |
| Neil #1 5 | | 1033 | | October 2003 Neil Cattle data re 89 steer purchase | | HFO | | |

| TRIAL EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | DATE |
| Neil #1 6 | | 1034 | | Neil Cattle data re cattle at NPF | | HFO | | |
| Neil #1 7 | | 1035 | | October 2003 Neil Cattle bank statement and copies of checks | | HFO | | |
| Neil #1 8 | | 1036 | | October 2003 Matt Neil REFCO account information | ✓ | | ✓ | 5-02 |
| Neil #1 9 | | 1037 | | October 31, 2003 Monthly Commodity Statement Matt Neil (006-01216 – 01231) | | HFO | | |
| Neil #2 2 | | 1038 | | October 21, 2003 NPF/Matt Neil Promissory Note and Security Agreement | ✓ | | ✓ | 5-02 |
| Neil #2 3 | | 1039 | | February 1, 2004 check to NPF from Matt Neil | ↓ | | ↓ | ↓ |
| Neil #2 4 | | 1040 | | October 21, 2003 NPF Lot 561A data | ↓ | | ↓ | ↓ |
| Neil #2 5 | | 1041 | | January 23, 2004 NPF Lot 543A (722B-0014) | ↓ | | ↓ | ↓ |
| Neil #2 6 | | 1042 | | January 23, 2004 NPF Lot Closeout Report (722B-0015) | ↓ | | ↓ | ↓ |
| Neil #2 7 | | 1043 | | January 23, 2004 NPF Lot 543A Inventory Detail Report (722B-0016) | ✓ | | ✓ | ✓ |
| | | | | | | | | |
| | | 1044 | | Transaction A Lot File, Lot 721 | | RF | | |
| | | 1045 | | Transaction A Lot File, Lot 723 | | HFO | | |
| | | 1046 | | Transaction B lot File, Lot G6 | | HFO | | |
| | | 1047 | | Transaction B Lot File, Lot 704 | | HFO | | |
| | | 1048 | | Transaction C Lot File, Lot 543, 543A | | HFO | | |
| | | 1049 | | Transaction C Lot File, Lot 550, 550A | | HFO | | |
| | | 1050 | | Transaction C Lot File, Lot 561, 561A | | HFO | | |
| | | 1051 | | Transaction C Lot File, Lot 562, 562A | | HFO | | |
| | | 1052 | | Transaction C Lot File, Lot 576, 576A | | HFO | | |
| | | 1053 | | Transaction D Lot File, | | HFO | | |
| | | 1054 | | Transaction D Lot File, Lot 580 | | HFO | | |
| | | 1055 | | Transaction D Lot File, Lot 581 | | HFO | | |
| | | 1056 | | Transaction D Lot File, Lot 582 | | HFO | | |
| | | 1057 | | Transaction D Lot File, Lot 583 | | HFO | | |

| TRIAL EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | DATE |
| | | 1058 | | Transaction D Lot File, Lot 584 | | HFO | | |
| | | 1059 | | Transaction D Lot File, Lot 585 | | HFO | | |
| | | 1060 | | Transaction D Lot File, Lot 586 | | HFO | | |
| | | 1061 | | Transaction D Lot File, Lot 606A | | HFO | | |
| | | 1062 | | Transaction D Lot File, Lot 608A | | HFO | | |
| | | 1063 | | Transaction D Lot File, Lot 609A | | HFO | | |
| | | 1064 | | Transaction E Lot File, Lot 2007, 2007A | ✓ | HFO wJa | ✓ | 5-03 |
| | | 1065 | | Transaction E Lot File, Lot 2022A, 2022AA | ✓ | | ✓ | 5-02 |
| | | 1066 | | Transaction E Lot File, Lot 2022B, 2022BB | ✓ | | ✓ | 5-02 |
| | | 1067 | | Steven Manaster CV | ✓ | | ✓ | 5-02 |
| | | 1068 | | Budd Hallberg CV | | R | | |
| | | 1069 | | Marvin Hayenga CV | ✓ | | ✓ | 5-02 |
| | | 1070 | | Exhibit 5; Hayenga Deposition | ✓ | FOM | ✓ | 5-10 |
| | | 1071 | | RCG Compliance Flow Chart | | R | | |
| | | 1072 | | RCG Staff Flow Chart | | R | | |
| | | 1073 | | September 9, 2004 RCG Audit Report, Dennis P. Stahr | ✓ | | ✓ | 5-02 |
| | | 1074 | | September 10, 2003 RCG Audit Report, Dennis P. Stahr | ✓ | | ✓ | 5-02 |
| | | 1075 | | Table 1, Expert Report of Steven Manaster | ✓ | | ✓ | 5-02 |
| | | 1076 | | October 31, 2003 RCG Monthly Commodity Statement | ✓ | | ✓ | 5-02 |
| | | 1077 | | October 31, 2003 Equity Run | | R | | |
| | | 1078 | | Transaction B, C, Matador Hedge Account | | RF | | |
| | | 1079 | | Transaction E Hedge Account | | R | | |
| | | 1080 | | Feel of the Market, John Harrington | | RFH | | |
| | | 1081 | | Market Perceptions Reports, Todd Delay | ✓ | | ✓ | 5-02 |
| | | 1082 | | Live Cattle Weekly Reports, Moore's Research Center, Inc. | | FROM | | |
| | | 1083 | | FutureSource Calculation — Difference between the Feeder Cattle Futures and Feeder Cattle Cash Index, September 26, 2003 — October 30, 2003 | ✓ | FROM | ✓ | 5-10 |
| | | 1084 | | Feeder Cattle Positions/Crush Values Chart — July 15, 2003 — October 23, 2003 | | FROM | | |

| TRIAL EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | 2006 DATE |
| | | 1085 | | Columbus RCG Short/Long Feeder Cattle Futures and Short/Long Call Options – October 2003 | ✓ | | ✓ | 5-02 |
| | | 1086 | | Annual Cattle Placed v. Cattle Direct Reported 2002 – 2004 | | FROM | | |
| | | 1087 | | Eligible Cattle Controlled by Delay Group Not Sold or Reported to USDA October 2003 | | FR | | |
| | | 1088 | | Gary Gabriel Tickets | ✓ | | ✓ | 5-02 |
| | | 1089 | | Feeder Cattle Tickets October 2003 | ✓ | | ✓ | 5-02 |
| | | 1090 | | Rule 956 Discretionary, Controlled and Managed Accounts | ✓ | | ✓ | 5-02 |
| | | 1091 | | August 15, 2005 Rooney email | ✓ | | ✓ | 5-02 |
| | | 1092 | | August 9, 2005 Cook email | ✓ | | ✓ | 5-02 |
| | | 1093 | | Wells Submission Ex. 1A | | FOM | | |
| | | 1094 | | Wells Submission Ex. 2 | ✓ | | ✓ | 5-02 |
| | | 1095 | | Wells Submission Ex. 3 | ✓ | | ✓ | 5-02 |
| | | 1096 | | Wells Submission Ex. 9 | | R | | |
| | | 1097 | | Wells Submission Ex. 10 | ✓ | | ✓ | 5-02 |
| | | 1098 | | Wells Submission Ex. 12 | ✓ | | ✓ | 5-02 |
| | | 1099 | | Wells Submission Ex. 14 | ✓ | | ✓ | 5-02 |
| | | 1100 | | Wells Submission Ex. 17 | | F | | |
| | | 1101 | | Neil Cattle Company formation papers | ✓ | | ✓ | 5-02 |
| | | 1102 | | Neil Cattle Company Lot data, Lots 721, 723, 724 | | FH | | |
| | | 1103 | | Urgent Notice to RCG re allocation of trades in controller accounts – Delay's Exhibit 3 from CME Hearing | | R | | |
| | | 1104 | | Sam Stump Equity Runs – Delay's Exhibit 4 from CME Hearing | ✓ | | ✓ | 5-02 |
| | | 1105 | | RCG Account Controller Forms – Delay's Exhibit 5 from CME Hearing | | | | |
| | | 1106 | | Stipulated Documents from CME Hearing, pages 48 – 52 | | | | |
| | | 1107 | | Stipulated Documents from CME Hearing, pages 99 - 102 | | | | |
| | | 1108 | | Stipulated Documents from CME Hearing, pages 103 - 133 | | | | |
| | | 1109 | | Stipulated Documents from CME Hearing, pages 134 - 148 | ✓ | | ✓ | ✓ |

| TRIAL EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| DEP. EX. NO. | PLF | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | DATE |
| | | 1110 | | Stipulated Documents from CME Hearing, pages 149 - 240 | ✓ | | ✓ | 5-02 |
| | | 1111 | | Stipulated Documents from CME Hearing, pages 241 - 245 | | | | |
| | | 1112 | | Stipulated Documents from CME Hearing, pages 252 | | | | |
| | | 1113 | | Stipulated Documents from CME Hearing, pages 256 - 257 | | | | |
| | | 1114 | | Stipulated Documents from CME Hearing, pages 258 - 259 | | | | |
| | | 1115 | | Stipulated Documents from CME Hearing, pages 260 - 261 | | | | |
| | | 1116 | | NPF/Stephen Nelson Promissory Notes | | | | |
| | | 1117 | | USDA Nebraska Weekly Feeder Cattle Auction Summary October 2003 | ✓ | | ✓ | ✓ |
| | | 1118 | | Moore's Research Center 2006 Report | | R | | |
| | | 1119 | | CME Investigation Report, pages 170, 173-174; 177 – 178; 241 - 244 | ✓ | | ✓ | 5-02 |

## OBJECTIONS

R: Relevancy
H: Hearsay
A: Authenticity
0: Other (specify)
        Exhibits 1002, 1006, 1015, 1031,1032,1033, 1034, 1035, 1037,1045-1064 the hearsay objections go to the handwritten portions of the documents.
        Exhibits 1046-1064 as discussed in my e-mail are too voluminous for meaningful review and we reserve all objections to the 5,300+ pages therein.
F: Foundation
M: Misleading

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                         Plaintiff,<br>v.<br><br><br>TODD J. DELAY, JACK MCCAFFERY and JOHN D. LAWLESS,<br><br>                         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **DEFENDANT McCAFFERY'S LIST OF EXHIBITS – WITH PLAINTIFF'S OBJECTIONS NOTED**<br><br>Case No. 7:05-cv-5026- RGK-DLP<br>Courtroom Deputy: Colleen Beran<br>Court Reporter: |

Trail Date: May 1, 2006

| EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJECT | RCVD | NOT RCVD | DATE |
| **I.** | **McCAFFERY EXHIBITS** | | | | | | | |
| | 2001 | | Neil Certificate dated July 27, 2004 (719-0048) | ✓ | | ✓ | | 5-02 |
| | 2002 | | Neil Cattle Co. Minutes of First Meeting dated 10/4/1999 | ✓ | | ✓ | | |
| | 2003 | | Minutes of the Meeting of the Incorporator of Neil Cattle Co. dated 10/5/1999 | ✓ | | ✓ | | |
| | 2004 | | Neil handwritten explanation of Lot 723 (719-0009) | ✓ | | ✓ | | |
| | 2005 | | Group exhibit Neil Cattle Co. records showing purchase of Transaction A cattle | ✓ | | ✓ | | |
| | 2006 | | Neil handwritten explanation of Transaction A cattle health and performance (719-0049) | ✓ | | ✓ | | |
| | 2007 | | Neil Cattle Co. records - cattle performance Lots 723 and 724 | ✓ | | ✓ | | |
| | 2008 | | Procurement records Transaction B cattle | ✓ | | ✓ | | |
| | 2009 | | Riverside Feeder Cattle In Report (RF007) | ✓ | | ✓ | | |
| | 2010 | | North Platte feeders Cattle Receiving Report and Records Transaction B - Lot G6 (NPF 10739 — NPF 10746) | ✓ | | ✓ | | ✓ |

| EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJECT | RCVD | NOT RCVD | DATE |
| | 2011 | | North Platte Feeders Cattle Freight Records (NPF9021 — NPF9024) | ✓ | | ✓ | | 5-02 |
| | 2012 | | Pasture Lease Agreement dated June 6, 2003 | | | | | |
| | 2013 | | Records from Riverside shipping cattle to North Platte Feeders (NPF9412 — NPF9414) | | | | | |
| | 2014 | | Lot G6 sample feed invoices | | | | | |
| | 2015 | | North Platte Feeders 11/3/2003 cattle receiving report (NPF9406, 9409, 9410, 9411, and 9498) | | | | | |
| | 2016 | | Transmittal of Pasture Credit Invoice to Riverside Feeders (NPF9008 — NPF 9010) | | | | | |
| | 2017 | | Lot closeout report Lot 704 (NPF9178, 9179 and 9180) | | | | | |
| | 2018 | | Settlement for financed cattle Lot 704 (Beery example) | | | | | |
| | 2019 | | Pasture adjustment invoices (NPF8997 — NPF9004) | | | | | |
| | 2020 | | Pasture adjustment checks (NPF8991 —NPF8992) | | | | | |
| | 2021 | | Lot G6 closeout (NPF8969 — NPF8971) | | | | | |
| | 2022 | | Procurement Lot 543 cattle (NPF5026, 5027 and 4680) | | | | | |
| | 2023 | | NPF Lot 543 receiving report dated 9/17/2003 (NPF-4752) | | | | | |
| | 2024 | | Delay Group 2 livestock purchase invoice Lot 543 (NPF5017) | | | | | |
| | 2025 | | Delay Group 2 promissory notes for various lots including the Transaction C cattle (NPF510 — NPF592) | | | | | |
| | 2026 | | Delay Group 2 invoices (final) for feed and care Lot 543 9/30/ 2003 through 10/21/2003 (NPF4836 — NPF4920) | | | | | |
| 2027 | | | McCaffery . explanation of Transaction C weight estimate process | | | | | |
| 2028 | | | Group 2 lot closeout Lot 543 | | | | | |
| 2029 | | | Settlement sheets with backup for group 2 sale to NPF on 10/21/2003 | | | | | |
| 2030 | | | Lot 543 accounts receivable aging list | ✓ | | ✓ | | ✓ |

2

| EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJECT | RCVD | NOT RCVD | DATE |
| | 2031 | | NPF 11/13/2003 shipping report for one head out of Lot 543A with attached supporting documentation (NPF4584 — NPF 4590) | ✓ | | ✓ | | 5-02 |
| | 2032 | | Feed bills and calculations to transfer feed and care from North Platte Feeders to Neil (NPF4824 — NPF 4835) | ✓ | | ✓ | | 502 |
| | 2033 | | Invoice to Neil for Lots 543A, 550A, 561A, 562A and 576A | ✓ | | ✓ | | 502 |
| | 2034 | | Neil promissory note for Transaction C cattle (see also deposition Exhibit 118) | ✓ | | ✓ | | 502 |
| | 2035 | | Records showing receipt of Neil equity money (NPF1177 and 1178) | ✓ | | ✓ | | 5-02 |
| | 2036 · | | Lot closeout reports for Transaction C cattle Neil ownership | ✓ | | ✓ | | 502 |
| | 2037 | | Settlement records for Transaction C cattle (Neil ownership) | | H, F | | | |
| | 2038 | | Lot closeout reports Transaction C cattle Delay Group ownership | ✓ | | ✓ | | 502 |
| | 2039 | | Settlement and payment of proceeds to Delay Group 2 — Transaction C cattle | ✓ | H, F | ✓ | | 5-09 |
| | 2040 | | Profit analysis Transaction C cattle | ✓ | | ✓ | | 502 |
| | 2041 | | Records on group 2 hedge position closeout Delay Transaction C cattle | ✓ | H, F | ✓ | | 5-08 |
| | 2042 | | Records on equity money delays Transaction C Delay Group 2 | ✓ | H, F | ✓ | | 508 |
| | 2043 | | Cattle receiving records 1444 head of Transaction D cattle | ✓ | H, F | ✓ | | 508 |
| | 2044 | | Lot 580 North Platte Feeders feeding invoices | ✓ | | ✓ | | 502 |
| | 2045 | | North Platte Feeders yard sheet 10/15/2003 report | ✓ | | ✓ | | 5-02 |
| | 2046 | | Livestock purchase invoice 1444 head of Transaction D cattle to ownership group of four | ✓ | | ✓ | | 502 |
| | 2047 | | Promissory notes and equity money receipt for the 1444 head of cattle to the ownership group of four in Transaction D | ✓ | | ✓ | | 502 |
| | 2048 | | Lot closeout for 1444 head — Transaction D | | H, F | | | |
| | 2049 | | Settlement sheets Lot 580 Todd Delay | ✓ | | ✓ | | 502 |

| EXHIBIT NO. | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJECT | RCVD | NOT RCVD | DATE |
| | 2050 | | Settlement sheets Lot 580 Lloyd Neil & Son | ✔ | | ✔ | | 5-02 |
| | 2051 | | Settlement sheets Lot 580 Stephen Nelson | ✔ | | ✔ | | 502 |
| | 2052 | | Settlement sheets Lot 580 S-K Consulting | ✔ | | ✔ | | 5-02 |
| | 2053 | | Feed invoices for Lots 581 through 586 | ✔ | | ✔ | | 502 |
| | 2054 | | Procurement records Lot 606 | ✔ | | ✔ | | 502 |
| | 2055 | | Invoice records Lot 606 ' | ✔ | | ✔ | | 502 |
| | 2056 | | Invoice records Lot 606 | ✔ | | ✔ | | 502 |
| | 2057 | | Livestock purchase invoice dated 10/21/2003 for Lot 606A | ✔ | | ✔ | | 5-02 |
| | 2058 | | Lloyd Neil & Son receiving report Lot 606A | | H, F | | | |
| | 2059 | | Feed invoice records Lot 606A | ✔ | | ✔ | | 502 |
| | 2060 | | Disbursement of packer proceeds Lot 606 | | H, F | | | |
| | 2061 | | Procurement records Lot 608 | ✔ | | ✔ | | 5-02 |
| | 2062 | | Livestock purchase invoice Lot 608 | ✔ | | ✔ | | 5-02 |
| | 2063 | | Cattle receiving records Lot 608 | | H, F | | | |
| | 2064 | | Packer disbursement records Lot 608 | ✔ | | ✔ | | 502 |
| | 2065 | | Receiving records Lot 609 | ✔ | | ✔ | | 502 |
| | 2066 | | Livestock purchase invoice Lot 609 | ✔ | | ✔ | | 502 |
| | 2067 | | Cattle receiving report Lot 609 | | H, F | | | |
| | 2068 | | Packer proceeds disbursement Lot 609 | ✔ | | ✔ | | 502 |
| | 2069 | | Charts A and B prepared by Rakestraw | | F | | | |
| | 2070 | | Rakestraw resume | ✔ | | ✔ | | 502 |
| | 2071 | | Chart prepared by Hutcheson — estimated weight all Transaction C cattle | ✔ | F | ✔ | | 5-09 |
| | 2072 | | Chart prepared by Hutcheson — estimated weight Transaction C cattle by lot | ✔ | F | ✔ | | 5-09 |
| | 2073 | | Hutcheson resume | ✔ | | ✔ | | 502 |
| | 2074 | | Holcomb prepared Table 1 | ✔ | | ✔ | | 502 |
| | 2075 | | Holcomb prepared Table 2 | ✔ | | ✔ | | 5-02 |
| | 2076 | | Holcomb prepared historical | ✔ | | ✔ | | 502 |

4

| EXHIBIT NO. | | | | | | | | 2006 |
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJECT | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | performance steers gaining over 4 pounds a day | ✓ | | ✓ | | 5-02 |
| | 2077 | | Holcomb table — historical performance steers gaining over 4.29 pounds a day | ✓ | | ✓ | | 5-02 |
| | 2078 | | Holcomb resume | ✓ | | ✓ | | 5-02 |
| | 2079 | | Transcript of proceedings CFTC Commissioners November 5, 2004, feeder cattle discussion | ✓ | | ✓ | | 5-02 |
| | 2080 | | Transcript of proceedings CFTC Commissioners' April 15, 2005 feeder cattle discussion | ✓ | | ✓ | | 5-02 |
| | 2081 | | Transcript of proceedings Commission Meeting of August 12, 2005 feeder cattle discussion | ✓ | | ✓ | | 5-02 |
| | 2082 | | Video North Platte Feeders feedlot | ✓ | F, 403 | ✓ | | 5-02 & demonstrative only |
| | 2083 | | Demonstrative exhibit, Transaction A outline | | OK Demonstrative Not as substantive evidence | | | |
| | 2084 | | Demonstrative exhibit; Transaction B outline | | OK Demonstrative Not as substantive evidence | | | |
| | 2085 | | Demonstrative exhibit, Transaction B cattle weight estimate | | OK Demonstrative Not as substantive evidence | | | |
| | 2086 | | Demonstrative exhibit, Transaction C outline | | OK Demonstrative Not as substantive evidence | | | |
| | 2087 | | Demonstrative exhibit, Transaction D outline | | OK Demonstrative Not as substantive evidence | | | |
| | | | All Exhibits listed by any other party | ✓ | | ✓ | | 5-02 |
| | | | All Exhibits needed for impeachment | ✓ | | ✓ | | 5-02 |
| | | | All Exhibits needed for rebuttal | ✓ | | ✓ | | 5-02 |

5

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION | ) ) | **COURTROOM EXHIBIT LIST** |
| Plaintiff(s), | ) ) | BEFORE: RICHARD G. KOPF U.S. District Judge |
| v. | ) ) | Case No: 7:05CV5026 Date:  May 1 - 4, 8 -11, 2006 |
| TODD J. DELAY, | ) ) | Deputy: Colleen Beran Court Reporter: Digital |
| Defendant(s). | ) ) | |

Trial  held on May 1 - 4, 8 - 11, 2006

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DFT | 3 PTY Court | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | | 1 | Memorandum by Court-Assumptions | X | | X | | 5/11/06 |
| | 1 | | September live cattle index May-October (demonstrative exhibit) | X | | X | | 5/10/06 |
| | 2 | | Feeder Cattle Index-October 03 (demonstrative exhibit) | X | | X | | 5/10/06 |
| | 3 | | September 03 Future Index May-Oct (demonstrative) | X | | X | | 5/10/06 |
| | 9 | | Transaction A-606 Head of Cattle (demonstrative) | X | | X | | 5/10/06 |
| | 10 | | Transaction B - 124 Head of Cattle (demonstrative) | X | | X | | 5/10/06 |
| | 11 | | Transaction C - 666 Head of Cattle (demonstrative) | X | | X | | 5/10/06 |
| | 12 | | Transaction D - 1598 Head of Cattle (demonstrative) | X | | X | | 5/10/06 |
| | 13 | | Transaction E - 1538 Head of Cattle (demonstrative) | X | | X | | 5/10/06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 15 | | 2003 Cattle Placed on Feed vs. Cattle Direct Reported (demonstrative) | X | | X | 5/10/06 |
| | 16 | | Delay Cattle Holdings for Aug-Oct. (demonstrative) | X | | X | 5/10/06 |
| | 17 | | 2004 Cattle Placed on Feed vs. Cattle Direct Reported (demonstrative) | X | | X | 5/10/06 |
| | 19 | | Delay Personal Accounts (demonstrative) | X | | X | 5/10/06 |
| | 20 | | Eligible Cattle Owned by Delay Group Not Sold or Reported to USDA Oct 03 (demonstrative) | X | | X | 5/10/06 |
| | 21 | | 2002 Cattle Placed on Feed vs. Cattle Direct Reported (demonstrative) | X | | X | 5/10/06 |
| | 22 | | October Feeder Cattle Cash-Futures 2000-2003 Last 25 Trading Days (demonstrative) | X | | X | 5/10/06 |
| | 1120 | | RCG Columbus Customer Feeder Cattle position with defendant's position regarding aggregation. | X | | X | 5/09/06 |
| | 1121 | | Letter from CFTC to Mr. McCaffery dated 12/19/03 | X | | X | 5/08/06 |
| | 1122 | | Deposition of Wade Horton | X | | X | 5/10/06 |
| | 1123 | | Deposition of Charles Flaming | X | | X | 5/10/06 |
| 420 | | | Deposition Designations | X | | X | 5/08/06 |
| 421 | | | Transcript designations of Carma Johnson | X | | X | 5/08/06 |